CALVERT CRARY AND GIFFORD B. CRARY, AS EXECUTORS OF THE LAST WILL AND TESTAMENT OF LOUISE B. CRARY, PETITIONERS, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 18366.   Promulgated April 21, 1930.

*Neil G. Harrison, Esq.,* for the petitioners.
*L. S. Pendleton, Esq.,* for the respondent.

OPINION.

STERNHAGEN: The sole issue is whether the deduction under section 403 (a) (2) of the Revenue Act of 1921 of the value of prior-taxed property, may be reduced by the amount of $125,875.15, representing items deductible under subdivisions (1) and (3), merely

because such items were in fact paid out of property which was identified as previously taxed, although they did not exceed in amount the value of the independent estate of the decedent. From the presentation of the case on this issue alone, we assume that there is no other question such as that in *Butterworth's Estate*, 6 B. T. A. 125.

It is conceded by respondent's counsel that the Board's decision in *Hepburn's Estate*, 11 B. T. A. 1386, requires a negative answer, but, pending review of that decision, he insisted upon a reduction. This case was submitted and has been held to await the decision of the Court of Appeals of the District of Columbia in the *Hepburn* case. It now appears that, while pending in that court, the *Hepburn* case was disposed of by stipulation, thus leaving our opinion in full force. In accordance therewith (and see *Shannon's Estate*, 16 B. T. A. 743, and *Delano's Estate*, 19 B. T. A. 580) the deduction for prior-taxed property should not be reduced by the amount of $125,875.15.

*Judgment will be entered under Rule 50.*